# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK JEROME ALLEN, JR.

NO. 2025 KW 1093

**MARCH 23, 2026**

---

In Re:   Derrick Jerome Allen, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-04-0828.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** The record of the Clerk of Court of East Baton Rouge Parish shows the district court summarily denied the motion to correct an illegal sentence on September 26, 2025. Accordingly, relator's request for mandamus relief is moot.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT